Namaste. Namaste, who sent you? Happy towards this beautiful relationship. Thank you. Thank you.   Namaste.  Thank you. Thank you. Thank you. Namaste. Namaste. Namaste. Namaste. I'm a big fan of your program. So I'm here to ask you to give a talk about the importance of learning. so much. From Aquilas International Stadium. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you.  Thank you so much. Thank you so much. Thank you. Thank you. Oh, thank you. Thank you so much.  Thank you. Thank you. Thank you so much. That was all.  Thank you. Thank you. Thank you. And thank you for coming out here and doing our Everybody's Got It honey run. Everybody's Got It, everybody's Got It. Isaiah Phetti, everybody's Got It, everybody's Got It. Everybody's Got It. And I thank you for all the people that are here with us. Thank you. Thank you. Thank you again. Thank you. I appreciate it.